CORBIESHAW INVESTMENT CORPORATION, Appellant, v. Henry G. SHIRLEY, State Highway Commissioner of Virginia, Appellee.

No. 3631.

Circuit Court of Appeals, Fourth Circuit.

April 19, 1934.

J. Randolph Henry, of Roanoke, Va., for appellant.

R. S. Kime, of Salem, Va., and Harvey B. Apperson, of Roanoke, Va., for appellee.

PER CURIAM.

On motion of appellee case is dismissed, with costs.

Clyde L. DAY, Ancillary Receiver of Trustees System Service Corporation, Appellant, v. William WHITE and Roy C. Bostwick, Ancillary Receivers of Trustees System Company of Pittsburgh, of Trusco Company of Pittsburgh, and of Trustees System Company of Pennsylvania; Trustees System Company of Pittsburgh; Trusco Company of Pittsburgh, and North American Finance Company, Appellees.

No. 5427.

Circuit Court of Appeals, Third Circuit.

May 14, 1934.

Robert B. Johnstone, and Cassels, Potter & Bentley, all of Chicago, Ill., and John C. Bane, Jr., and Reed, Smith, Shaw & McClay, all of Pittsburgh, Pa., for appellant.

George Walter Smith, George D. Wick, and Campbell, Wick, Houck & Thomas, all of Pittsburgh, Pa., for appellee North American Finance Corporation.

W. Denning Stewart, of Pittsburgh, Pa., for other appellees.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

BUFFINGTON, Circuit Judge.

After argument and full consideration of this case, the court finds no error in the decree of the court below confirming the sale, which decree is accordingly affirmed.

W. Drew DITTMAR, as Owner of THE Barge CHARLES A. OWEN, and Northwestern Fire & Marine Insurance Company, as Insurer of the Cargo Laden Thereon, Libelants-Appellees, v. THE Steam Tug PERTH AMBOY NO. 3, Fred B. Dalzell, Claimant-Appellant.

HUDSON BARGE CORPORATION, Owner of THE Barge MAMIE & FRANK, Libelant-Appellee, v. THE Steam Tug PERTH AMBOY NO. 3, Fred B. Dalzell, Claimant-Appellant. The Barge Charles A. Owen, W. Drew Dittmar, Claimant-Appellee.

Nos. 357, 358.

Circuit Court of Appeals, Second Circuit.

April 30, 1934.

Lynch & Hagen, of New York City (Anthony V. Lynch, Jr., and Henry C. Eidenbach, both of New York City, of counsel), for appellant.

Barry, Wainwright, Thacher & Symmers, of New York City (John C. Prizer and John C. Crawley, both of New York City, of counsel), for W. Drew Dittmar & Northwestern Fire & Marine Ins. Co.

Purdy & Purdy, of New York City (John E. Purdy, of New York City, of counsel), for libelant-appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decrees (3 F. Supp. 62) affirmed.